

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Ogandzhanyan, Kristine<br>DEFENDANT(S). | CASE NUMBER<br>SACR09-248(A) DOC<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Friday, 2/18/11___, at __2:00__ ☐a.m./☒p.m. before the Honorable ___Robert N Block___, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __2/16/11__

_____
U.S. District Judge/Magistrate Judge